IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHELLE MILLS, individually,
and as Administrator of the Estate
of JEREMY WAYNE MILLS, Deceased                             PLAINTIFF

vs.                                  Civil Action No. 5:06-cv-69DCB-JMR

GENERAL MOTORS CORPORATION                                  DEFENDANT

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties having announced to the Court that all claims against defendants in the above referenced matter have settled, IT IS HEREBY ORDERED that all claims set forth therein, be and the same are hereby DISMISSED WITH PREJUDICE, with plaintiff and defendants to bear their own costs and attorney's fees.

SO ORDERED this the 10th day of May, 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE